YOW v. NANCE

No. 185 PC.

Case below: 29 N.C. App. 419.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 17 June 1976.